**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **AUDREY COLEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | No. 3:13-CV-1648-M |
| ) | |
| **TODD SELLARS,** *Dallas County* ) | |
| *U.S. Assistant District Attorney* ) | |
| ) | |
| **Defendant.** ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Todd Sellars's Motion to Dismiss Under FED. R. CIV. P. 12(b)(2)(5) [sic] and (6)*, filed on May 16, 2013 (doc. 8), is **GRANTED in part.** By separate judgment, the plaintiff's federal claims will be **DISMISSED with prejudice** for failure to state a claim. The Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims, and those claims will be dismissed without prejudice.

The Court further notes that it is **not** granting Defendant's Motion to Dismiss Under Rule 12(b)(5) for improper service, and that Defendant does not have the right to object to the Court receiving recommendations from the Magistrate Judge.

**SIGNED this 19th day of March, 2014.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS